**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN E REESE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-20796 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/04/2016 and confirmed on 08/02/2016. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,841.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,841.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,391.49 | |
|     Trustee Fee | 314.05 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,705.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| RUSHMORE LOAN MANAGEMENT SVCS<br>  Acct: 6978 | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT SVCS<br>  Acct: 6978 | 30,000.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN E REESE<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>  Acct: | 2,500.00 | 1,391.49 | 0.00 | 0.00 |
| CHANNON LORENC<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN E REESE<br>  Acct: | 6,135.46 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>  Acct: XXXXXXXXXXXX0796 | 6,135.46 | 6,135.46 | 0.00 | 6,135.46 |

| 16-20796 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 6,135.46 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY*  Acct: 9504 | 127.15 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ANDREW L SPIVACK ESQ FOR JOSEPH P  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 6,135.46 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         6,135.46
SECURED        30,000.00
UNSECURED         127.15

Date: 10/23/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com